648

Circuit granted. *Mr. Porter R. Chandler* for petitioners. *Messrs. Frederic R. Coudert* and *Frederic R. Coudert, Jr.,* for respondents.

No. 828. CHISHOLM ET AL. *v.* GILMER, RECEIVER. April 13, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the question of the jurisdiction of the District Court. *Messrs. Minitree Jones Fulton* and *Homan W. Walsh* for petitioners. *Messrs. John S. Eggleston* and *George Gilmer* for respondent.

No. 859. ASHTON ET AL. *v.* CAMERON COUNTY WATER IMPROVEMENT DISTRICT No. ONE. April 13, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Palmer Hutcheson, J. W. Terry,* and *W. P. Hamblen* for petitioners. *Mr. Vincent M. Miles* for respondent.

No. 837. PICK MANUFACTURING Co. *v.* GENERAL MOTORS CORP. ET AL. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Carl B. Rix* for petitioner. *Messrs. Thomas Francis Howe* and *Henry S. Rademacher* for respondents.

No. 853. MECHANICS UNIVERSAL JOINT Co. ET AL. *v.* CULHANE, RECEIVER. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. S. R. Kenworthy* for peti-

tioners. *Mr. Roy F. Hall* for respondent.

No. 864. PUPAHL, RECEIVER, *v.* ESTATE OF ELVIRA J. PARKS. April 27, 1936. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, granted. *Messrs. Otis F. Glenn* and *George P. Barse* for petitioner. *Messrs. Emmett J. McCarthy* and *Robert F. Carey* for respondent.

No. 877. FOUST, ADMINISTRATOR, *v.* MUNSON STEAMSHIP LINES. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Simone N. Gazan* for petitioner. *Messrs. Arthur M. Boal* and *Alfred N. Heuston* for respondent.

No. 879. ESSEX RAZOR BLADE CORP. *v.* GILLETTE SAFETY RAZOR Co. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. George E. Middleton* for petitioner. *Messrs. Charles Neave* and *Henry R. Ashton* for respondent.

No. 894. Fox *v.* CAPITAL COMPANY. May 18, 1936. Petition for writ of certiorari to review the order of the Circuit Court of Appeals for the Second Circuit of March 5, 1936, dismissing the appeal from the order of the United States District Court for the Southern District of New York, entered on February 20, 1936, granted, limited to the question of the jurisdiction of the Circuit Court of